# UNITED STATES DISTRICT COURT
## District of Minnesota

Theresa Blesi,

                Plaintiff,

v.

Synchrony Bank, N.A.,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 17-cv-1463 WMW/DTS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above matter, including all claims, counterclaims, and causes of action that were made or that could have been made in this action, is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

Date: February 27, 2018

KATE M. FOGARTY, CLERK

s/Katie Thompson
(By)         Katie Thompson, Deputy Clerk